# Linda Lester
## Certified Court Reporter

08-18-00144-CV

*Post Office Box 2001*
*Pecos, Texas 79772*

*432-447-4956*
*cell 575-706-0506*
*linda.courtreporter@gmail.com*

FILED IN
8th COURT OF APPEALS
EL PASO, TEXAS
9/4/2018 10:17:35 AM
DENISE PACHECO
Clerk

September 4, 2018

Denise Pacheco
Eighth Court of Appeals
500 East San Antonio Avenue,
    Suite 1203
El Paso, Texas  79901

RE:  IN THE INTEREST OF M.L.L., A CHILD;
     Court of Appeals No. 08-18-00144-CV,
     Case No. 17-04-24193-CVW

Dear Ms. Pacheco:

I need an extension of time in which to file transcripts for the days I was the court reporter in this case on appeal.

Sincerely,

Linda J. Lester, RPR